# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Willie Marble**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00236-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte City Mecklenburg County John Doe**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 17, 2019 Order.

January 17, 2019

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court